In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00333-CV

_____

**OFFSHORE EXPRESS, INC.; OFFSHORE SPECIALTY FABRICATORS, LLC; OFFSHORE INTERNATIONAL GROUP; OFFSHORE SHIPBUILDING, INC.; AVID, LLC; AVID AIR, LLC; FAIRWAYS, INC.; FAIRWAYS EXPLORATION AND PRODUCTION, LLC; PISCO PORTÓN, LLC; AND FS AIR SERVICE, INC., Appellants**

**V.**

**KLEIN INVESTIGATIONS AND CONSULTING, A DIVISION OF KLEIN INVESTMENTS, INC., Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-199,953-A**

**ORDER**

A suggestion of bankruptcy has been filed in the trial court. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ISSUED November 7, 2017.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

1